```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Wheeler C. Dudley,

                Plaintiff,            **ORDER**

                -against-         20-CV-07462 (VSB) (KHP)

Andrew Saul,
*as Commissioner of Social Security*,

                Defendant.
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      The docket in this action indicates that the complaint was filed on September 11, 2020. After granting an extension to serve the complaint, the parties have now failed to file a certified administrative record. Since service was effectuated on April 16, 2021, the administrative record should have been due by July 14, 2021. There have been no requests for extensions. As such, the certified administrative record shall be filed by August 16, 2021.

**SO ORDERED.**

    Dated:   July 20, 2021
                 New York, New York

*Katharine H. Parker*

                                          KATHARINE H. PARKER
                                         United States Magistrate Judge